In re: Larry Kenneth **ALEXANDER**, Debtor,

Larry Kenneth Alexander, Appellant,

v.

Mary Jo A. Jensen–Carter, Appellee.

No. 02–1067.

United States Court of Appeals, Eighth Circuit.

Submitted Aug. 5, 2002.

Filed Aug. 8, 2002.

Before LOKEN, BYE, and RILEY, Circuit Judges.

PER CURIAM.

Larry Kenneth Alexander appeals the Bankruptcy Appellate Panel's (BAP's) order affirming the bankruptcy court's[1] denial of his motion for relief from judgment under Federal Rule of Civil Procedure 60(b) and 11 U.S.C. § 105. Alexander also has moved to strike appellee's addendum and portions of appellee's brief.

Alexander's Rule 60(b) motion sought relief from a June 1999 bankruptcy court decision disallowing his claimed homestead exemption, which the BAP and Eighth Circuit affirmed. We conclude the bankruptcy court did not abuse its discretion in denying Alexander relief. *See In re Zimmerman,* 869 F.2d 1126, 1127–28 (8th Cir. 1989) (standard of review); *Klein v. Arkoma Prod. Co.,* 73 F.3d 779, 784 (8th Cir.) (under law-of-case doctrine, every question which appellate court has disposed of by decree is finally settled and determined, and district court is bound to carry decree into execution according to mandate), *cert. denied,* 519 U.S. 815, 117 S.Ct. 65, 136 L.Ed.2d 27 (1996); *Baker Elec. Co-op., Inc. v. Chaske,* 28 F.3d 1466, 1475 (8th Cir.1994); *Ins. Corp. of Ireland, Ltd. v. Compagnie des Bauxites de Guinee,* 456 U.S. 694, 702 n. 9, 102 S.Ct. 2099, 72 L.Ed.2d 492 (1982). We also deny Alexander's motion to strike.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Dennis D. O'Brien, United States Bankruptcy Judge for the District of Minnesota.